IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ALEXIE CALDWELL AND JOSE ARA AS THE WRONGFUL DEATH STATUTORY BENEFIRICIARIES OF MAROLIN GARDNER; AND ALEXIE CALDWELL, INDIVIDUALLY AND AS NEXT FRIEND OF KAELOB CALDWELL,<br><br>*Plaintiffs*<br><br>vs.<br><br>CHRISTOPHER MICHAEL TELLES, JR.; AND SAYERS CONSTRUCTION, LLC,<br><br>*Defendants* | CASE NO. 5:23-CV-00105-RWS<br><br>JURY DEMANDED |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT RELATED TO KAELOB CALDWELL, A MINOR

The Parties bring their Joint Motion for Approval of Settlement Related To Kaelob Caldwell, A Minor, and would respectfully show the Court as follows:

1) The Parties have agreed to the terms of the proposed Settlement Agreement and Release of All Claims ("Settlement Agreement"), attached hereto as Exhibit A, which includes a structured settlement for the minor, Kaelob Caldwell.

2) The Settlement Agreement requires Defendants to pay to the Plaintiffs the total sum of Six Million Dollars ($6,000,000.00), and to be paid as follows:

   a. $1,500,000.00 to Jose Ara;

   b. $1,500,000.00 to Alexie Caldwell;

   c. $600,000.00 to Kaelob Caldwell, a minor, to be structured in accordance with the terms identified in Exhibit A to the Settlement Agreement;

   d. $2,400,000.00 payable to Dreyer & Tinney IOLTA account for attorneys' fees and expenses.

3) Lisa Shoalmire, the Appointed Guardian Ad Litem, approves the settlement and Settlement Agreement related to Kaelob Caldwell as in his best interests.

4) The Parties propose the entry of the Parties' Proposed Order Approving the Settlement Related to Kaelob Caldwell, A Minor, as submitted herein.

WHEREFORE, the Parties respectfully request that this Honorable Court grant the relief sought herein and (1) approve the settlement and Settlement Agreement as to Kaelob Caldwell, a Minor, and relative to all other Plaintiffs; (2) approve the execution of the Settlement Agreement by Alexi Caldwell on behalf of Kaelob Caldwell; and (3) approve all other relief to which the Parties may show themselves entitled following the hearing set for February 3, 2025.

                  Respectfully submitted,

                  /s/ *Jim Wyly*
                  Jim Wyly State Bar No. 22100050
                  Sean F. Rommel
                  State Bar No. 24011612
                  WYLY~ROMMEL, PLLC
                  4004 Texas Boulevard
                  Texarkana, Texas 75503
                  (903) 334-8646 (Telephone)
                  (903) 334-8645 (Facsimile)
                  jwyly@wylyrommel.com
                  srommel@wylyrommel.com

                  Shelly Dreyer admitted *pro hac vice*)
                  Keegan Tinney admitted *pro hac vice*)
                  DREYER & TINNEY LAW FIRM
                  2230 E. 32nd Street, Suite 202
                  Joplin, Missouri 64804
                  shelly@dryertinney.com
                  keegan@dryerkeegan.com

*ATTORNEYS FOR PLAINTIFFS*

TAUNTON, SNYDER & PARISH, P.C.

*/s/Matthew S. Parish by permission*
Matthew S. Parish
State Bar No. 24014279
Federal Identification No. 25140
777 N Eldridge Pkwy., Suite 450
Houston, TX 77079
Telephone: 713/961-5800
Facsimile: 713/993-2308
Email: mparish@tsplaw.com

*ATTORNEYS IN CHARGE FOR SAYERS CONSTRUCTION, LLC*

MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

*/s/ Kevin L. Sewell by permission*
Kevin L. Sewell
State Bar No. 00789619
sewell@mdjwlaw.com
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

*ATTORNEY IN CHARGE*
**CHRISTOPHER MICHAEL TELLES**

## CERTIFICATE OF CONFERENCE

All parties agree to the relief being sought in this motion.

*/s/Jim Wyly*
JIM WYLY

## CERTIFICATE OF SERVICE

On this February 3, 2025, the undersigned certifies that the foregoing document was served on all counsel who are deemed to have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A).

*/s/Jim Wyly*
JIM WYLY
