IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ALEXIE CALDWELL AND JOSE ARA AS THE WRONGFUL DEATH STATUTORY BENEFICIARIES OF MAROLIN GARDNER; AND ALEXIE CALDWELL, INDIVIDUALLY AND AS NEXT FRIEND OF KAELOB CALDWELL,<br><br>*PLAINTIFFS*<br><br>VS.<br><br>CHRISTOPHER MICHAEL TELLES, JR.; AND SAYERS CONSTRUCTION, LLC,<br><br>*DEFENDANTS* | § § § § § § § § § § § § § § § § § § § | CASE NO. 5:23-CV-00105-RWS<br><br><br><br>JURY DEMANDED |

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement Related To Kaelob Caldwell, A Minor. Docket No. 36. The parties have reached a settlement in this matter and request the Court to (1) approve the settlement and Settlement Agreement as to Kaelob Caldwell, a Minor, and relative to all other Plaintiffs; (2) approve the execution of the Settlement Agreement by Alexi Caldwell on behalf of Kaelob Caldwell; and (3) approve all other relief to which the parties may show themselves entitled. *Id.* at 2. The Court held a hearing on February 11, 2025. *See* Docket No. 40. Having considered the motion, and because it is jointly entered, the motion (Docket No. 36) is hereby **GRANTED**. Accordingly, it is

**ORDERED** the proposed settlement and Settlement Agreement and Release of

All Claims on behalf of Kaelob Caldwell, a minor, is in all things **APPROVED**. It is further

**ORDERED** that the execution of the Settlement Agreement and Release of All Claims by Alexi Caldwell on behalf of Kaelob Caldwell is **APPROVED**. The Court maintains jurisdiction over this matter for the enforcement of the settlement related to Kaelob Caldwell. It is further

**ORDERED** that Defendants shall pay reasonable attorney's fees in the amount of $1,675.00 to Lisa Shoalmire, the appointed Guardian Ad Litem.

**So ORDERED and SIGNED this 12th day of February, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE