# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ALEXIE CALDWELL AND JOSE ARA, AS THE WRONGFUL DEATH STATUTORY BENEFICIARIES OF MAROLIN GARDNER; AND ALEXIE CALDWELL, INDIVIDUALLY AND AS NEXT FRIEND OF KAELOB CALDWELL, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER TELLES, JR.; AND SAYERS CONSTRUCTION, LLC, <br><br> Defendants. | CIVIL ACTION NO. 5:23-CV-00105-RWS |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. Docket No. 42. The parties move to dismiss with prejudice all of Plaintiffs' claims against Defendants in this action. *Id.* Having considered the parties' motion, the motion is hereby **GRANTED**. Accordingly, it is

**ORDERED** that the joint motion to dismiss is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Court shall maintain jurisdiction over the settlement between the parties and shall be the exclusive venue for any future disputes arising out of the parties' settlement agreement. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 26th day of March, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE